# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JACORRI K. SPENCER, #328693, ) ) ) Plaintiff, ) ) v. ) ) MARCO TARVER, et al., ) ) Defendants. ) | Case No. 2:25-cv-636-ECM-CWB |

## ORDER

The court now has received Plaintiff's application to proceed *in forma pauperis* and supporting financial information. (*See* Docs. 5 & 6). Accordingly, it is hereby **ORDERED** that the pending Recommendation of the Magistrate Judge (Doc. 4) is **WITHDRAWN**.

**DONE** this the 5th day of January 2026.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**